UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case. No. 2:08-MJ-0053 KJM |
| v. ) | |
| MICHAEL DEVIN MORGAN ) | |
| ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum         () Ad Testificandum

Name of Detainee: MICHAEL DEVIN MORGAN
Detained at (custodian):
Detainee is:  a.) (X) charged in this district by: () Indictment () Information (X) Complaint
          charging detainee with: 18 U.S.C. §§ 371, 2115, 1708, and 2,

  or  b.) () a witness not otherwise available by ordinary process of the Court

Detainee will: a.) () return to the custody of detaining facility upon termination of proceedings
  or  b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence
       is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ MICHELLE RODRIGUEZ
Printed Name & Phone No: MICHELLE RODRIGUEZ, Tel: 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum         () Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 8, 2008.

                           U.S. MAGISTRATE JUDGE

___

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male | |
| Booking or CDC #: | T69579 | DOB: | |
| Facility Address: | Deuel Vocational Institute | Race: | White |
| | 23500 Kasson Road | FBI #: | |
| | Tracy, California 95376 | | |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | Parole Violation | | |

___

### RETURN OF SERVICE

Executed on _____  By: _____
                      (Signature)